IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT WILLIAMS,<br>#27876-298,<br>PETITIONER, | § | |
| V. | § | CASE NO. 3:26-CV-3221-D-BK |
| WARDEN PATE FCI SEAGOVILLE,<br>RESPONDENT. | § | |

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

In petitioner's November 3, 2026 judicial notice and opposition to magistrate's recommendation, he maintains that the recommendation should be denied as moot because jurisdiction is no longer in dispute. He has not demonstrated, however, that the court has subject matter jurisdiction or that the case should not be dismissed without prejudice.

Petitioner's October 22, 2026 motion for summary judgment is denied.

The court prospectively certifies that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the findings and recommendation, the court finds that any appeal of this action would present no legal

point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, petitioner may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

If petitioner files a notice of appeal, petitioner

☐ may proceed *in forma pauperis* on appeal.

☒ must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

SO ORDERED November 9, 2026.

SIDNEY A. FITZWATER
SENIOR UDGE